**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MEI YUE GAO,

                                          **Plaintiff,**

                   -against-

**GRACEFUL SERVICES, INC., et al.,**

                                   **Defendants.**

-----------------------------------------------------------------X

**18-CV-04005 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The parties appeared for a conference to discuss the status of this litigation following the Court's October 22, 2019 Opinion and Order (ECF No. 84) and Defendants Grace Macnow and Graceful Services, Inc.'s Motion to Compel enforcement of the settlement purportedly reached between Plaintiff, Graceful Services, Inc., and Grace Macnow (the "Motion to Compel") (ECF No. 92).

       For reasons stated at the status conference, it is ORDERED that Plaintiff's response to the Motion to Compel is due Monday, December 2, 2019. Defendants Graceful Services, Inc. and Grace Macnow may reply by December 9, 2019.

       It is furthered ORDERED that discovery as to Defendant Graceful II Service Inc. is stayed until December 2, 2019. The parties are encouraged to continue settlement negotiations during the stay. All discovery in this matter shall be completed by February 28, 2020.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2019

Finally, the parties are directed to submit a joint status letter on or before March 6, 2020, informing the Court of whether any parties intend to file motions for summary judgment and, if so, proposing a briefing schedule.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: November 13, 2019
            New York, New York