USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MEI YUE GAO,

                       Plaintiff,                          18-CV-4005 (SN)

       -against-                            **ORDER**

GRACEFUL SERVICES, INC., et al.,

                       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, plaintiff Mei Yue Gao and defendants Graceful Services, Inc., and Grace Macnow agreed to the terms of a settlement in principle and on May 4, 2020, submitted a proposed settlement for the Court's review pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015). ECF No. 105. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice as to Defendants Graceful Services, Inc., and Grace Macnow only. Defendant Graceful II Service Inc. remains.

**SO ORDERED.**

                                                       _____
                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:      May 19, 2020
                New York, New York