```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MEI YUE GAO,

                                 **Plaintiff,**                          18-CV-4005 (SN)

         -against-                                      **ORDER**

GRACEFUL SERVICES, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the close of fact discovery and the passed deadline to file any motion for summary judgment, the parties are ORDERED to meet and confer to discuss whether a settlement conference would be productive at this time. The parties shall file a status letter by June 18, 2020.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:       June 9, 2020
                 New York, New York