```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MEI YUE GAO,

                                **Plaintiff,**                         18-CV-4005 (SN)

      -against-                                                   **STATUS
CONFERENCE ORDER**

GRACEFUL II SERVICE, INC.,

                                **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A conference by telephone is scheduled for Monday, June 29, 2020, at 10:00 a.m. to discuss the status of this case. At that time, the parties should call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

                                                          _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:      June 25, 2020
                  New York, New York