UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MEI YUE GAO,

                            **Plaintiff,**                        **18-CV-4005 (SN)**

        -against-                                        **ORDER**

GRACEFUL II SERVICE, INC.,

                            **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      For reasons stated at the June 29, 2020 Status Conference, discovery shall be extended until July 31, 2020, solely to allow Defendant to take Plaintiff's deposition. On July 31, 2020, the parties shall submit a joint letter updating the Court as to the status of settlement and informing the Court as to whether a jury trial or bench trial should be scheduled.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      June 30, 2020
                  New York, New York