USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Mei Yue Gao,

                      *Plaintiff*,

       -against-

Graceful Services, Inc., Graceful II Service, Inc., and
Grace Macnow,

                      *Defendants*.
-------------------------------------------------------------------X

Case No. 18-cv-4005-SN

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER OF FINAL DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the above-entitled action, and all claims asserted therein, be dismissed with prejudice as to Defendant Graceful II Service, Inc., with no award of attorneys' fees or costs to any party.

KAKALEC LAW PLLC

_/s/ Patricia Kakalec_
Patricia Kakalec
195 Montague Street, 14th Floor
Brooklyn, NY 11201
Patricia@KakalecLaw.com
Tel: (212) 705-873

Tito Sinha
TakeRoot Justice
123 William St., 16th Floor
New York, NY 10038
*Attorneys for Plaintiff*

LAW OFFICE OF DAVID YAN

_/s/ David Yan_
David Yan
136-20 38th Avenue, Suite 11E
Flushing, NY 11354
davidyanlawoffice@gmail.com
Tel: (718) 888-7788
*Attorneys for Defendant*
    *Graceful II Services, Inc.*

---

All claims asserted in this action against Defendant Graceful II Service, Inc. are dismissed with prejudice. The Clerk of Court is respectfully directed to close this case.
**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

Dated: October 13, 2020
      New York, New York